IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GRAYSON A

    Plaintiff,

v.      3:17-CV-2210

(JUDGE MARIANI)

WALMART STORES, INC.,

    Defendant.

## ORDER

AND NOW, THIS 25th DAY OF MAY, 2018, upon receiving notice from the parties that this matter has settled, (Doc. 10), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Robert D. Mariani
United States District Judge